# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HOBBS & TOWNE CAPITAL III, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GADGET SOFTWARE, INC., et al.,**<br><br>*Defendants.* | Case No. 2:20-cv-01966-JDW |

## ORDER

**AND NOW**, this 6th day of July, 2020, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b).  Each party shall bear its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.